**SACCO & FILLAS, LLP**
31-19 Newtown Avenue, 7th Fl.
Astoria, New York 11102
(718) 746-3440  o  Fax  (718) 732-2409  o  E-mail lbrandimarte@saccofillas.com


# STATEMENT

## PRIVILEGED & CONFIDENTIAL

Jose Lopez
37-07 102nd Street
2nd Floor
Corona, NY  11368

Account No.      lopez.12692
RE:  Lopez et. al. v. PMMT Inc. d/b/a Thai Case (Wage)

Statement Date: 06/13/2016
Statement No.          18778
Page No.                       1

Interim Statement

### Fees

| Date | Atty | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 03/26/2014 | MB | Attended meeting with client's reviewed facts and analyzed potential claims. | 350.00 | 1.20 | 420.00 |
| 03/28/2014 | MB | Draft and revise summons and complaint | 350.00 | 3.00 | 1,050.00 |
| 04/01/2014 | MB | Attended meeting with clients to review complaint. | 350.00 | 0.80 | 280.00 |
| 04/04/2014 | MB | Review and analyze scheduling order | 350.00 | 0.20 | 70.00 |
| 05/19/2014 | MB | Draft and revise letter to Court re: adj. conference and to proceed with default motion. | 350.00 | 0.50 | 175.00 |
| 07/16/2014 | MB | Review and analyze scheduling order re: certificate of default | 350.00 | 0.10 | 35.00 |
| 07/31/2014 | MB | Draft and revise Request for certificate of default | 350.00 | 3.40 | 1,190.00 |
| 11/14/2014 | MB | Review and analyze certificate of default | 350.00 | 0.10 | 35.00 |
|  | MB | Review and analyze scheduling order re: default judgment | 350.00 | 0.10 | 35.00 |
| 01/06/2015 | MB | Draft and revise motion for default judgment: Affirmation in support, Damages spreadsheet, memo of law, clients' affidavits, notice of motion and proposed order. | 350.00 | 6.40 | 2,240.00 |
| 02/18/2015 | MB | Draft and revise Further Affirmation | 350.00 | 1.00 | 350.00 |
| 02/19/2015 | MB | Revise Further Affirmation | 350.00 | 0.50 | 175.00 |
| 07/16/2015 | MB | Review and analyze Scheduling Order of the Magistrate Judge Vera Scanlon | 350.00 | 0.10 | 35.00 |
| 07/17/2015 | SL | Meet with Mathew Beckwith to discuss phone conference on Monday | 350.00 | 0.40 | 140.00 |

To ensure proper credit, please include account number and statement date on remittance checks.  Thank you.

Jose Lopez

Lopez et. al. v. PMMT Inc. d/b/a Thai Case (Wage)

Page: 2
06/13/2016
Account No: lopez-12692M
Statement No: 18778

| Date | TK | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/20/2015 | SL | Review Summons and Complaint and Court Orders, phone calls and conferences with court | 350.00 | 0.80 | 280.00 |
| 08/21/2015 | MB | draft and review amended complaint; conduct legal research; file and prepare for service. | 350.00 | 4.90 | 1,715.00 |
| 08/24/2015 | CTP | Draft email to Teddy for service of summons and complaint upon Defendants. | 105.00 | 0.30 | 31.50 |
| 05/06/2016 | MB | Draft and Revise motion to request certificate of default. | 350.00 | 0.50 | 175.00 |
| 06/09/2016 | MB | Draft and Revise Motion for Default Judgment | 350.00 | 2.00 | 700.00 |
| 06/10/2016 | MB | Draft and Revise Motion for Default Judgment. | 350.00 | 0.50 | 175.00 |
| 06/13/2016 | MB | Draft and Revise motion for Default Judgment and meeting with clients. | 350.00 | 1.00 | 350.00 |
| | | UNASSIGNED | | 27.80 | 9,656.50 |

For Current Services Rendered          27.80    9,656.50
Total Non-billable Hours                1.90

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Mathew Beckwith | Associate | 26.30 | $350.00 | $9,205.00 |
| Commercial Team Paralegal | Paralegal | 0.30 | 105.00 | 31.50 |
| Scott Laird | Associate | 1.20 | 350.00 | 420.00 |

### Advances

| Date | Description | Amount |
|---|---|---|
| 03/28/2014 | Filing fee: Summons and Complaint/Docket Number | 400.00 |
| 06/04/2014 | Process Server fee | 85.00 |
| 09/03/2015 | Process Server Fee | 110.00 |
| | Total Advances | 595.00 |

Total Current Work                                       10,251.50

Balance Due                                              $10,251.50

### Billing History

| Fees | Hours | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|---|
| 9,656.50 | 27.80 | 0.00 | 595.00 | 0.00 | 0.00 |